21 MAG 6755

Approved: _____
          Brandon D. Harper
          Assistant United States Attorney

Before:   THE HONORABLE JAMES L. COTT
          United States Magistrate Judge
          Southern District of New York

- - - - - - - - - - - - - - - - - X
                                  :
UNITED STATES OF AMERICA          :   **COMPLAINT**
                                  :
     - v. -                       :   Violation of
                                  :   18 U.S.C. §§ 922(g)(1),
JASON MORGAN,                     :   924(a)(2), and 2
                                  :
                                  :   COUNTY OF OFFENSE:
              Defendant.          :   BRONX
                                  :
- - - - - - - - - - - - - - - - - X

SOUTHERN DISTRICT OF NEW YORK, ss.:

   JAMA JOSEPH, being duly sworn, deposes and says that he is a Detective with the New York City Police Department ("NYPD") and charges as follows:

**COUNT ONE**
(Felon in Possession of a Firearm)

   1.   On or about October 2, 2020, in the Southern District of New York and elsewhere, JASON MORGAN, the defendant, knowing he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess a firearm, to wit, a .9mm caliber Luger SCCY pistol, and the firearm was in and affecting commerce.

          (Title 18, United States Code, Sections 922(g)(1),
                         924(a)(2), and 2.)

   The bases for my knowledge and for the foregoing charges are, in part, as follows:

   2.   I am a Detective with the NYPD and have been personally involved in the investigation of this matter. This affidavit is based upon my personal participation in the investigation of this matter, my conversations with other law enforcement officers, as well as my examination of reports and records. Because this affidavit is being submitted for the

2

limited purpose of establishing probable cause, it does not include all of the facts that I have learned during the course of my investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

3. Based on my review of criminal history records, I have learned, among other things, that on or about May 24, 2010, JASON MORGAN, the defendant, was convicted in the United States District Court for the Southern District of New York of conspiracy to distribute and possess with intent to distribute 50 grams or more of crack cocaine, in violation of Title 21, United States Code, Sections 812, 841(a)(1) and 841(b)(1)(A). On or about September 8, 2010, MORGAN was sentenced principally to a term of 180 months' imprisonment to be followed by five years' supervised release.

4. Based on my participation in this investigation, my review of NYPD records and police reports, and my conversations with three NYPD officers ("Officer—1", "Officer-2," and "Officer-3," and together, the "Officers"), I have learned, among other things, the following:

    a. During the evening on or about October 2, 2020, NYPD officers, including Officer-1, Officer-2, and Officer-3, were patrolling in the area of the 44th Precinct in the Bronx.

    b. During their patrol, the Officers noticed a Mercedes Benz (the "Vehicle") with very dark tinted windows.

    c. Officer-1 pulled over the Vehicle and then asked the driver for his license and identification. Based on the information Officer-1 received from the driver of the Vehicle, Officer-1 determined that the driver was JASON MORGAN, the defendant.

    d. MORGAN was the only occupant of the Vehicle.

    e. Officer-2 then approached the driver's side door of the Vehicle and Officer-1 approached the passenger side door. As they were standing outside of the Vehicle, both Officer-1 and Officer-2 could smell the apparent odor of marijuana.

    f. In addition to the smell of marijuana, Officer-1 and Officer-2 observed what appeared to be marijuana cigarettes located inside an ashtray inside the Vehicle.

   g. Based on the apparent smell and appearance of marijuana inside the Vehicle, Officer-2, Officer-3, and a fourth officer ("Officer-4") decided to search the Vehicle and MORGAN for marijuana.

   h. During the search of the Vehicle, Officer-3 found what appeared to be additional marijuana inside a jacket that was located on the rear passenger's side of the Vehicle.

   i. As the Officers continued to search the Vehicle for marijuana, Officer-2 observed what appeared to be a firearm (the "Firearm") located on the ground in the rear of the Vehicle.

   j. The Officers were all alerted to the presence of the firearm and Officer-1 arrested MORGAN.

   k. A law enforcement officer later swabbed the Firearm for the presence of DNA.

  5. Based on my review of NYPD laboratory reports, I have learned, among other things, that the Firearm was a loaded .9mm caliber Luger SCCY pistol, model CPX-1, with a defaced serial number.

  6. Based on my participation in this investigation, including my conversations with other law enforcement officers and my review of NYPD police and laboratory reports, I have learned, among other things, the following:

   a. A United States Magistrate Judge authorized a warrant for the collection of a DNA sample from JASON MORGAN, the defendant.

   b. A law enforcement officer swabbed Morgan for DNA.

   c. The swab sample from Morgan was sent to the New York Office of the Chief Medical Examiner ("OCME") for testing and analysis.

  7. Based on my review of NYPD records and reports from the New York Office of the Chief Medical Examiner ("OCME"), I have learned, among other things, that the OCME concluded that JASON MORGAN, the defendant, was a contributor to the DNA swab taken from the Firearm.

  8. Based on my communications with a Special Agent from the Bureau of Alcohol, Tobacco, Firearms and Explosives who is

familiar with the manufacturing of firearms, I have learned that the Firearm was not manufactured in the State of New York.

WHEREFORE, deponent respectfully requests that a warrant be issued for the arrest of JASON MORGAN, the defendant, and that he be arrested, and imprisoned or bailed, as the case may be.

/s/ Jama Joseph with permission
_____
Detective Jama Joseph
New York City Police Department

Sworn to me through the transmission of this Affidavit by reliable electronic means, pursuant to Federal Rules of Criminal Procedure 41(d)(3) and 4.1 this  6  day of July 2021

_____
JAMES L. COTT
United States Magistrate Judge